**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**ERIK A. BROMSON, ESQ.**
Nevada Bar No. 9986
**BERNSTEIN & POISSON, LLC**
700 South Jones
Las Vegas, Nevada 89107
(702) 256-4566
(702) 256-6280 – Facsimile
erik@vegashurt.com
Attorneys for Plaintiff,
NAJIA PICKER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NAJIA PICKER, individually,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | CASE NO.: 2:17-cv-01702-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(THIRD REQUEST)** |

**STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER**
**(THIRD REQUEST)**

Plaintiff, NAJIA PICKER, and Defendant, ALBERTSONS, LLC, by and through their undersigned attorneys, submit to the Court the following Stipulation and Order for Extension/Modification of the Discovery Plan and Scheduling Order pursuant to LR IA 6-1, LR 26-4 (a) and Court Order Document No. 14.

**I.      Local Rule 6-1**

Under LR IA 6-1(a) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

**A.      The Requirement of Local Rule 6-1 Are Satisfied**

This is the third request for extension filed by the parties. This extension is requested to allow the parties to complete expert reports and for Defendant to potentially conduct FRCP 35 examinations. Further, additional time is needed in order for the Defendant to continue to compile Plaintiff's medical records both allegedly related to this matter's subject incident and her known pre-incident injuries and treatment, as Defendant has yet to hear form several of the Plaintiff's providers. In terms of depositions, the Plaintiff has indicated that she will be conducting the FRCP 30(b)(6) deposition of Defendant's representative(s). Lastly, there remain at least one witness and employees that have yet to be deposed.

**II.     Local Rule 26-4(a)**

Under LR 26-4 (a) a statement specifying the Discovery completed:

Both Plaintiff and Defendant have exchanged their initial document and witness disclosures, with supplements thereto. Plaintiff has provided responses to Defendant's written discovery requests. Defendant has responded to Plaintiff's discovery requests. Defendant

conducted the deposition of Plaintiff on September 22, 2017.

After receipt of Plaintiff's discovery responses and an executed medical authorization, Defendant began to subpoena medical records from Plaintiff's various disclosed medical providers and is still awaiting responses from at least seven (7) of the Plaintiff's known treating providers. These providers include American Medical Response, Centennial Hills Hospital Medical Center, Advanced Orthopedics & Spine, and Pueblo Medical Imaging, among several other providers. Defendant has received invoices from several of these providers and, despite providing payment and following up, has yet to receive a response.

### III. Local Rule 26-4(b)

Under LR 26-4(b) a specific description of the Discovery that remains to be completed:

The remaining Discovery to be completed includes initial and rebuttal expert disclosures. Further, Defendant may potentially request an FRCP Rule 35 exam upon receipt of expert reports and/or further records of Plaintiff's relevant pre- and post-incident treatment history. In terms of depositions, there remain experts' depositions, depositions of Plaintiff's treating providers, and the depositions of Defendant's FRCP 30(b)(6) witness(es) and designated fact witnesses to be completed. Lastly, Defendant is currently awaiting responses to subpoenas from at least seven (7) the Plaintiff's known treating providers. As noted above, Defendant received invoices and provided payment; however, Defendant has yet to receive records despite payment and following up with the providers several times.

### IV. Local Rule 26-4(c)

Under LR 26-4(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Initially, the parties are requesting additional time due to the delay in obtaining expert reports. Defendant sought expert reports in November but has not received a response to date due to the holidays and experts' busy schedules during same. Additionally, as records continue to be received from Plaintiff's medical providers, Defendant has sent these additional records, resulting in further delay. As such, Defendant has been unable to determine whether an FRCP 35 Examination is necessary at this time. Defendant anticipates receiving the expert reporting in the next several weeks.

In regards to Defendant's attempts to secure the Plaintiff's medical records, the Discovery Plan and Scheduling Order was filed in this matter on June 23, 2017, after which Defendant served discovery upon Plaintiff. Plaintiff's responses and an executed medical authorization were received on or about July 17, 2017. Defendant began subpoenaing Plaintiff's medical records shortly after that date. Despite providing payment for records and following up with the providers several times, Defendant has yet to receive a response from seven (7) providers. As such, Defendant has been diligent in attempting to secure responses to the subpoenas since July 2017; however, responses remain outstanding from several providers.

Lastly, in terms of depositions, Defendant responded to Plaintiff's discovery requests on or about August 23, 2017. Plaintiff has since indicated that she would like to conduct the FRCP 30(b)(6) deposition of Defendant. The parties are in the process of scheduling the deposition and the agreed upon designations pursuant to FRCP 30(b)(6).

**V.     Local Rule 26-4(d)**

Under LR 26-4(d) a proposed schedule for completing all remaining Discovery:

(i)     Discovery cutoff dates: Extend the current Discovery cutoff date from April 16, 2018 to a Discovery cutoff date of June 16, 2018;



630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

(ii) Expert witness disclosures from February 17, 2017, to a new date of April 17, 2018;

(iii) Rebuttal expert witness disclosures from March 16, 2018 to May 16, 2018;

(iv) Final date to Amend Pleadings and Add Parties: September 17, 2017;

(v) Submittal of the Joint Pre-Trial Order (if no Dispositive Motions are filed) to be extended to August 16, 2018;

(vi) Interim Status Report from February 16, 2018 to a new date of April 16, 2018; and

(vii) Final date to file Dispositive Motions extended from May 16, 2018 to July 16, 2018.

Therefore, good cause existing, counsel jointly request that this Honorable Court approve the above proposed extended Discovery dates.

Dated this 23rd day of January, 2018.	Dated this 23rd day of January, 2018.

**BERNSTEIN & POISSON, LLC**	**MORAN BRANDON BENDAVID MORAN**

/s/ Erik A. Bromson, Esq.	/s/ Lew Brandon, Jr., Esq.
**SCOTT L. POISSON, ESQ.**	**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 10188	Nevada Bar No. 5880
**ERIK A. BROMSON, ESQ.**	**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 9986	Nevada Bar No. 13904
700 South Jones	630 S. Fourth Street
Las Vegas, Nevada 89107	Las Vegas, Nevada 89101
(702) 256-4566	Attorneys for Defendant,
(702) 256-6280 – Facsimile	ALBERTSONS, LLC
erik@vegashurt.com
Attorneys for Plaintiff,
NAJIA PICKER

        **IT IS SO ORDERED.**

        _____
        U.S. Magistrate Judge

        Dated: January 24, 2018

