LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NAJIA PICKER, individually, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSON'S LLC; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, <br><br> Defendants. | CASE NO.: 2:17-cv-01702-JCM-GWF |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

//

///

parties, each party bear their respective fees and costs incurred.

DATED this 17 day of May, 2018.

**BERNSTEIN & POISSON, LLC**

/s/ Scott L. Poisson

_____
**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**ERIK A. BROMSON, ESQ.**
Nevada Bar No. 9986
700 South Jones
Las Vegas, Nevada 89107
(702) 256-4566
(702) 256-6280 – Facsimile
erik@vegashurt.com
Attorneys for Plaintiff,
NAJIA PICKER

**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr.

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED May 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

/s/ Lew Brandon, Jr.

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**KRIS D. KLINGENSMITH, ESQ.**
Nevada Bar No. 13904
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC